IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., )<br>)<br>Plaintiff, )<br>) Case No. 1:16-cv-1382<br>vs. )<br>)<br>DNL AUTOMOTIVE, INC., )<br>STEVEN P. RISI, and )<br>KIMBERLY A. MCGUIRE, )<br>)<br>Defendants. ) | |

## NOTICE OF REMOVAL

Defendants DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire, ("Defendants"), by counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and S.D. Ind. Local Rule 81-1, file this *Notice of Removal* of the above-entitled action from the Hamilton Superior Court, Hamilton County, Indiana, where it is currently pending, to the United States District Court for the Southern District of Indiana, Indianapolis Division, and in support of this *Notice of Removal*, Defendants state the following:

## THE STATE COURT ACTION

1. Plaintiff NextGear Capital, Inc. commenced an action against the above-captioned Defendants on June 26, 2015, by filing a *Complaint* (the "Complaint") in the Hamilton Superior Court, Hamilton County, State of Indiana, entitled *NextGear Capital, Inc., v. DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire*, Cause No. 29D02-1506-CC-5288 (the "State Court Action"). A true and accurate copy of the Complaint is attached as **Exhibit A** and incorporated herein.

## THE PARTIES

2.     Plaintiff Nextgear Capital, Inc. ("NextGear") is a Delaware corporation with its principal place of business at 1320 City Center Drive, Suite 100, Carmel, Indiana 46032. *See* Ex. A (Complaint ¶ 1).

3.     Defendant DNL Automotive, Inc. ("DNL") is a citizen of the State of New York. Specifically, DNL is a New York corporation having a physical address of 1104 Route 9 W, Marlboro, New York 12542. *See* Ex. A (Complaint ¶ 2). DNL's principal place of business is Marlboro, New York.

4.     Defendant Steven P. Risi ("Risi") is a citizen of the State of New York. Specifically, Risi is an individual residing at 8 Hopeview Court, Newburgh, New York 12550. *See* Ex. A (Complaint ¶ 3).

5.     Defendant Kimberly A. McGuire ("McGuire") is a citizen of the State of New York. Specifically, McGuire is an individual residing at 8 Hopeview Court, Newburgh, New York 12550. *See* Ex. A (Complaint ¶ 4).

## JURISDICTION AND VENUE

6.     The State Court Action is an action for civil damages, which alleges that Defendants breached their respective contracts and guarantees with NextGear, converted property of NextGear, and obtained extensions of credit through fraud. *See* Ex. A (Complaint ¶¶ 6-69). NextGear alleges that it suffered damages in the amount of $667,004.21 arising from Defendants' alleged breach of contract and guarantees, in the amount of $1,755,529.89 arising from Defendants' alleged conversion, and in the amount of $303,799.74 arising from Defendants' alleged fraud. *See* Ex. A (Complaint ¶¶ 15, 50-52, and 68-69). Accordingly, the amount in controversy for this matter exceeds $75,000.00, exclusive of interest and costs.

7. Attached as **Exhibit B** and incorporated herein are copies of all process pleadings and entries made in the state court action that are available to Defendants.

8. Although the Complaint was initially filed on June 25, 2015, Defendants were not served with the Complaint until May 17, 2016. *See* Ex. B (State Court Action Docket).

9. This *Notice of Removal* is being filed within thirty days of service of the Complaint, making this *Notice of Removal* timely under 28 U.S.C. § 1446(b).

10. Therefore, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed to this Court pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1441(b) in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

11. Venue is proper in this Court because the United States District Court for the Southern District of Indiana, Indianapolis Division, is the federal judicial district and division embracing the Hamilton Superior Court, where the State Court Action was originally filed. *See* 28 U.S.C. § 1441(a).

12. By filing this *Notice of Removal*, Defendants do not waive and instead reserve any objection as to service, personal jurisdiction, and all other defenses.

13. Defendants have served upon NextGear copies of this *Notice of Removal* with attachments and have filed a true copy of this *Notice of Removal* with attachments with the Clerk of the Hamilton Superior Court.

WHEREFORE, Defendants, by counsel, request that this Court accept this *Notice of Removal* and that it assume jurisdiction over this action and for all other just and proper relief.

Respectfully submitted,

ICE MILLER LLP

s/Adam Arceneaux
Adam Arceneaux, Atty. No. 17219-49
Sarah L. Fowler, Atty. No. 30621-49
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Adam.Arceneaux@icemiller.com
Sarah.Fowler@icemiller.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

I further certify that on June 6, 2016, a copy of the foregoing was mailed by first class U.S. Mail, postage prepaid, and properly addressed to the following:

> Christopher M. Trapp
> Michael G. Gibson
> 1320 City Center Drive, Suite 100
> Carmel, IN 46032

s/Adam Arceneaux
Adam Arceneaux