AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-1382-JMS-MPB |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and | ) | |
| KIMBERLY A. MCGUIRE  *Defendants* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE   .

Date:   06/06/2016

s/ Adam Arceneaux
*Attorney's signature*

Adam Arceneaux, Atty. No. 17219-49
*Printed name and bar number*

One American Square, Suite 2900
Indianapolis, IN 46282
*Address*

Adam.Arceneaux@icemiller.com
*E-mail address*

(317) 236-2137
*Telephone number*

(317) 592-4604
*FAX number*