AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-cv-1382-JMS-MPB |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and | ) | |
| KIMBERLY A. MCGUIRE   *Defendants* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE                    .

Date:      06/06/2016

*s/ Sarah L. Fowler*
*Attorney's signature*

Sarah L. Fowler, Atty. No. 30621-49
*Printed name and bar number*

One American Square, Suite 2900
Indianapolis, IN 46282

*Address*

Sarah. Fowler@icemiller.com
*E-mail address*

(317) 236-2120
*Telephone number*

(317) 592-4257
*FAX number*