IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:16-cv-1382-JMS-MPB |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF INITIAL EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire, ("Defendants"), by counsel, and pursuant to S.D. Ind. Local Rule 6-1(b), respectfully notify the Court of an initial extension of time of twenty-eight (28) days within which to answer or otherwise respond to the *Complaint* filed by plaintiff NextGear Capital, Inc. ("Plaintiff"), and in support thereof, state the following:

1. Plaintiff commenced an action against the above-captioned Defendants on June 26, 2015, by filing its *Complaint* (the "Complaint") in the Hamilton Superior Court, Hamilton County, State of Indiana, entitled *NextGear Capital, Inc., v. DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire*, Cause No. 29D02-1506-CC-5288 (the "State Court Action").

2. An *Alias Summons* was issued on September 14, 2015 but not served on Defendants until May 17, 2016. Accordingly, the current deadline for Defendants to answer or otherwise respond to the Complaint is June 6, 2016.

3. On May 26, 2016, Defendants retained the undersigned as local counsel in this matter.

I\10458060.1

4. Simultaneously with the filing of this Notice, Defendants are also filing their *Notice of Removal* removing the State Court Action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and S.D. Ind. Local Rule 81-1.

5. The deadline to answer or otherwise respond to the Complaint has not been previously extended.

6. The extension requested herein does not interfere with any Case Management Plan, scheduled hearings, or other case deadlines.

7. On June 6, 2016, the undersigned contacted Plaintiff's counsel of record, Christopher M. Trapp, who indicated that he has no objection to the requested extension.

8. Accordingly, Defendants respectfully notify the Court and the parties herein of an initial extension of time of twenty-eight (28) days, to and including July 5, 2016, in which they may answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, Defendants respectfully notify the Court of an initial extension of time of twenty-eight (28) days, to and including July 5, 2016, within which they may answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

ICE MILLER LLP

s/Adam Arceneaux
Adam Arceneaux, Atty. No. 17219-49
Sarah L. Fowler, Atty. No. 30621-49
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Adam.Arceneaux@icemiller.com
Sarah.Fowler@icemiller.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2016, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

      I further certify that on June 6, 2016, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Christopher M. Trapp
    Michael G. Gibson
    1320 City Center Drive, Suite 100
    Carmel, IN 46032

                                                s/Adam Arceneaux
                                                Adam Arceneaux