# UNITED STATES DISTRICT COURT
## Southern District of Indiana
### Indianapolis Division

NOTICE

Federal Rule of Civil Procedure 7.1 provides:

**Disclosure Statement**

A nongovernmental corporate party must file a disclosure statement that:

1. identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

2. states that there is no such corporation.

A party must:

1. file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

2. promptly file a supplemental statement if any required information changes.

It appears that the required disclosure statement was not provided as set forth above. Please correct this omission forthwith.

s/Laura A. Briggs
Laura A. Briggs, Clerk
United States District Court
Southern District of Indiana

| | |
|---|---|
| Cause Number: | 1:16–cv–01382–JMS–MPB |
| Title of Case: | NEXTGEAR CAPITAL, INC. v. DNL AUTOMOTIVE, INC. et al |
| Pleading and Date: | Notice of Removal 6/6/2016 |