IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:16-cv-1382-JMS-MPB |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) |
| Defendants. | ) |

**DNL AUTOMOTIVE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant DNL Automotive, Inc., by counsel, and pursuant to Fed. R. Civ. P. 7.1, provides the following information to the Court:

1. DNL Automotive, Inc. does not have a parent corporation.

2. There are no publically-held corporations holding ten percent (10%) or more of DNL Automotive, Inc.'s stock.

Respectfully submitted,

ICE MILLER LLP

s/ Sarah L. Fowler
Adam Arceneaux, Atty. No. 17219-49
Sarah L. Fowler, Atty. No. 30621-49
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Adam.Arceneaux@icemiller.com
Sarah.Fowler@icemiller.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Christopher M. Trapp                          ctrapp@nextgearcapital.com
Michael G. Gibson                            michael.gibson@nextgearcapital.com

      I further certify that on June 7, 2016, a copy of the foregoing was mailed by first class U.S. Mail, postage prepaid, and properly addressed to the following:

      N/A


                                                                 s/ Sarah L. Fowler
                                                                 Sarah L. Fowler