IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:16-cv-1382-JMS-MPB ) ) |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF RICHARD L. WEISZ

Adam Arceneaux of the law firm Ice Miller, LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this Court for an Order granting Richard L. Weisz of Hodgson Russ LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire in the above-styled cause only. In support of this Motion, the undersigned states:

1. The Certification of Richard L. Weisz, as required by S.D. Ind. Local Rule 83-6(b) is attached hereto as **Exhibit A**.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this Motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Richard L. Weisz leave to appear *pro hac vice* for purpose of this cause only.

Respectfully submitted,

ICE MILLER LLP

\_\_s/Adam Arceneaux_____
Adam Arceneaux, Atty. No. 17219-49
Sarah L. Fowler, Atty. No. 30621-49
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
Adam.Arceneaux@icemiller.com
Sarah.Fowler@icemiller.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2016, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Christopher M. Trapp | ctrapp@nextgearcapital.com |
| Michael G. Gibson | michael.gibson@nextgearcapital.com |

I further certify that on June 22, 2016 a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

N/A

\_\_s/Adam Arceneaux_____
Adam Arceneaux

2

I\10426806.1