# **<u>Exhibit A</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DNL AUTOMOTIVE, INC., <br> STEVEN P. RISI and <br> KIMBERLY A. McGUIRE, <br><br> Defendants. | ) <br> ) <br> ) Case No. 1:16-cv-1382 (JMS-MPB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>CERTIFICATION OF RICHARD L. WEISZ IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE*</u>**

In support of the *Motion to Appear* Pro Hac Vice filed on my behalf by Adam Arceneaux of the law firm of Ice Miller, LLP, and pursuant to S.D. Ind. Local Rule 83-6(a), the undersigned states:

1.   I am admitted to practice and in good standing in the following United States Courts and/or State's highest Courts:

| <u>Court</u> | <u>Admission Date</u> |
|---|---|
| Court of Appeals for the Second Circuit | November 7, 1990 |
| Supreme Court of the United States | July 17, 1998 |
| New York State Supreme Court | February 28, 1979 |
| United States Tax Court | July 17, 1989 |
| United States District Court, Northern District of New York | January 17, 1989 |
| United States District Court, Southern District of New York | May 15, 1990 |
| United States District Court, Eastern District of New York | May 15, 1990 |
| United States District Court, Western District of New York | April 28, 1995 |

2. I am not currently the subject of any disciplinary sanction, proceeding, or investigation in any jurisdiction;

3. I have read and agree to abide by the Seventh Circuit Standards of Professional Conduct, pursuant to Local Rule 83-5;

4. If the Motion for my admission is granted by this Court, I will take the prescribed oath or affirmation, pay the required fees, sign the roll of attorneys, and provide my current post office address, pursuant to Local Rule 83-5;

5. I will register for Electronic Case Filing, pursuant to Local Rule 83-5; and

6. I agree to notify the Clerk promptly of any future name or address changes, pursuant to Local Rule 5-3.

DATED:   June 22, 2016

HODGSON RUSS LLP

By: /s/ Richard L. Weisz
Richard L. Weisz, Esq.
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333
rweisz@hodgsonruss.com