IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:16-cv-1382-JMS-MPB ) ) |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Adam Arceneaux of the law firm Ice Miller, LLP, seeking an Order granting Richard L. Weisz of Hodgson Russ LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Richard L. Weisz
677 Broadway, Suite 301
Albany, New York 12207
(518) 465-2333
RWeisz@hodgsonruss.com

Dated: June 23, 2016

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    Richard L. Weisz
    677 Broadway, Suite 301
    Albany, New York 12207