UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:16-cv-1382-JMS-MPB |
| | ) |
| DNL AUTOMOTIVE, INC., | ) |
| STEVEN P. RISI, and | ) |
| KIMBERLY A. MCGUIRE, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, NextGear Capital, Inc., by counsel, hereby discloses that it is wholly owned by Cox Automotive, Inc., which in turn is wholly owned by Cox Enterprises, Inc. There are no other entities that own 10% or more of NextGear Capital, Inc.'s shares.

    Respectfully submitted,

    NEXTGEAR CAPITAL, INC.

    /s/ Michael G. Gibson
    Christopher M. Trapp (#27367-53)
    Michael G. Gibson (#29665-49)
    NEXTGEAR CAPITAL, INC.
    1320 City Center Drive, Suite 100
    Carmel, IN  46032
    Telephone:  (317) 571-3736
    Facsimile: (317) 571-3737
    chris.trapp@nextgearcapital.com
    michael.gibson@nextgearcapital.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July __12__, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Adam Arceneaux | Adam.Arceneaux@icemiller.com |
| Sarah L. Fowler | Sarah.Fowler@icemiller.com |
| Richard L. Weisz | RWeisz@hodgsonruss.com |

      I further certify that on July __12__, 2016, a copy of the foregoing was mailed by first class U.S. Mail, postage prepaid, and properly addressed to the following:

      N/A

      /s/ Michael G. Gibson  
      Michael G. Gibson (#29665-49)