UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| *Plaintiff*, | ) ) ) |
| vs. | ) )  No. 1:16-cv-01382-JMS-MPB ) |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) ) ) |
| *Defendants*. | ) |

## ORDER

Defendants DNL Automotive, Inc., Steven Risi, and Kimberly McGuire removed this action to this Court on June 6, 2016, alleging that this Court has diversity jurisdiction over this matter. [Filing No. 1.] Local Rule 81-1 provides:

> Within 30 days after the filing of the notice of removal, every plaintiff who has not filed a motion to remand must file a statement responding to the notice of removal's allegations as to the citizenship of the parties and the amount in controversy. If the plaintiff lacks sufficient information upon which to form a belief about those allegations despite meeting and conferring in good faith with the removing party about them, the plaintiff may so state.

Although more than 30 days have passed since filing of the Notice of Removal, Plaintiff Nextgear Capital, Inc. has not filed a response as required by Local Rule 81-1.  The Court **ORDERS** Plaintiff to comply with Local Rule 81-1 by **July 20, 2016**.

Date:  July 12, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**