UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:16-cv-1382-JMS-MPB |
| ) | |
| DNL AUTOMOTIVE, INC., ) | |
| STEVEN P. RISI, and ) | |
| KIMBERLY A. MCGUIRE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO NOTICE OF REMOVAL

Plaintiff, NextGear Capital, Inc., by counsel, for its response to Defendants' Notice of Removal states as follows:

1. Plaintiff acknowledges that this Court has jurisdiction over this matter, pursuant to 28 U.S.C. §1332(a), based on the diversity of citizenship of the parties.

2. Plaintiff acknowledges that this Court has jurisdiction over this matter, pursuant to 28 U.S.C. §1332(a), based on the amount in controversy exceeding $75,000.00, exclusive of interest and costs.

Respectfully submitted,
NEXTGEAR CAPITAL, INC.
/s/ Michael G. Gibson
Christopher M. Trapp (#27367-53)
Michael G. Gibson (#29665-49)
NEXTGEAR CAPITAL, INC.
1320 City Center Drive, Suite 100
Carmel, IN 46032
Telephone: (317) 571-3736
Facsimile: (317) 571-3737
chris.trapp@nextgearcapital.com
michael.gibson@nextgearcapital.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Adam Arceneaux | Adam.Arceneaux@icemiller.com |
| Sarah L. Fowler | Sarah.Fowler@icemiller.com |
| Richard L. Weisz | RWeisz@hodgsonruss.com |

                /s/ Michael G. Gibson
                Michael G. Gibson (#29665-49)