UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.:  1:16-cv-1382-JMS-MPB |
| | ) | |
| DNL AUTOMOTIVE, INC., | ) | |
| STEVEN P. RISI, and | ) | |
| KIMBERLY A. MCGUIRE, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S AMENDED RESPONSE TO NOTICE OF REMOVAL

Plaintiff, NextGear Capital, Inc., by counsel, for its amended response to Defendants'
Notice of Removal states as follows:

1.       Plaintiff agrees with Defendants' allegation that Plaintiff is a Delaware
corporation with its principal place of business in Indiana.

2.       Plaintiff agrees with Defendants' allegation that DNL Automotive, Inc. is a New
York Corporation with its principal place of business in New York.

3.       Upon information and belief, Plaintiff agrees with Defendants' allegation that
Steven Risi is a citizen of New York.

4.       Upon information and belief, Plaintiff agrees with Defendants' allegation that
Kimberly McGuire is a citizen of New York.

5.       Plaintiff acknowledges that this Court has jurisdiction over this matter, pursuant
to 28 U.S.C. §1332(a), based on the amount in controversy exceeding $75,000.00, exclusive of
interest and costs.

Respectfully submitted,
NEXTGEAR CAPITAL, INC.
/s/ Michael G. Gibson
Christopher M. Trapp (#27367-53)
Michael G. Gibson (#29665-49)
NEXTGEAR CAPITAL, INC.
1320 City Center Drive, Suite 100
Carmel, IN  46032
Telephone:  (317) 571-3736
Facsimile: (317) 571-3737
chris.trapp@nextgearcapital.com
michael.gibson@nextgearcapital.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Adam Arceneaux                Adam.Arceneaux@icemiller.com
Sarah L. Fowler              Sarah.Fowler@icemiller.com
Richard L. Weisz             RWeisz@hodgsonruss.com

/s/ Michael G. Gibson
Michael G. Gibson (#29665-49)