UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:16-cv-01382-JMS-MPB |
| | ) |
| DNL AUTOMOTIVE, INC., | ) |
| STEVEN P. RISI, | ) |
| KIMBERLY A. MCGUIRE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER TO FILE JOINT JURISDICTIONAL STATEMENT**

Defendants removed this action from state to federal court, alleging that this Court could exercise diversity jurisdiction over Plaintiff NextGear Capital, Inc.'s ("NextGear") action. [Filing No. 1.] NextGear filed an Amended Response to the Notice of Removal, [Filing No. 19], in response to the Court's order to do so, [Filing No. 18]. NextGear does not dispute Defendants' factual allegations regarding the Court's diversity jurisdiction in its Amended Response, but it does condition its agreement with some of them "[u]pon information and belief." [Filing No. 18.]

To invoke the subject matter jurisdiction of the Court, jurisdictional allegations must be made on personal knowledge, not upon information and belief. *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992). Moreover, the parties cannot confer jurisdiction on the Court simply by stipulating that it exists. *See Evergreen Square of Cudahy v. Wisconsin Housing and Economic Development Authority*, 776 F.3d 463, 465 (7th Cir. 2015) ("the parties' united front is irrelevant since the parties cannot confer subject-matter jurisdiction by agreement…and federal courts are obligated to inquire into the existence of jurisdiction *sua sponte*").

For these reasons, the Court **ORDERS** the parties to conduct whatever investigation is necessary and file a **joint jurisdictional statement** by **August 19, 2016**, specifically setting forth the citizenship of each party and confirming that the amount in controversy exceeds $75,000, exclusive of interest and costs.

Date: August 4, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Electronic Distribution via CM/ECF:**

Adam Arceneaux
ICE MILLER LLP
adam.arceneaux@icemiller.com

Sarah L. Fowler
ICE MILLER LLP
sarah.fowler@icemiller.com

Christopher M. Trapp
NEXTGEAR CAPITAL, INC.
ctrapp@nextgearcapital.com

Michael G Gibson
NEXTGEAR CAPITAL, INC.
michael.gibson@nextgearcapital.com