UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:16-cv-1382-JMS-MPB |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) |
| Defendants. | ) |

## JOINT JURISDICTIONAL STATEMENT

Plaintiff NextGear Capital, Inc. ("Plaintiff") and defendants, DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire (collectively, referred to as "Defendants"), each by counsel, for their Joint Jurisdictional Statement, state as follows:

1. Plaintiff and Defendants agree that Plaintiff is a Delaware corporation with its principal place of business in Indiana.

2. Plaintiff and Defendants agree that DNL Automotive, Inc. is a New York Corporation with its principal place of business in New York.

3. Plaintiff and Defendants agree that Steven P. Risi is a citizen of New York.

4. Plaintiff and Defendants agree that Kimberly A. McGuire is a citizen of New York.

5. Plaintiff and Defendants acknowledge that this Court has jurisdiction over this matter, pursuant to 28 U.S.C. §1332(a), based on the amount in controversy exceeding $75,000.00, exclusive of interest and costs.

Respectfully submitted,

NEXTGEAR CAPITAL, INC.

/s/ Michael G. Gibson
Michael G. Gibson (#29665-49)
NEXTGEAR CAPITAL, INC.
1320 City Center Drive, Suite 100
Carmel, IN  46032
 (317) 571-3736/Fax (317) 571-3737
michael.gibson@nextgearcapital.com
*Attorneys for Plaintiff*

ICE MILLER LLP

/s/ Sarah L. Fowler
Sarah L. Fowler (#30621-49)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282
(317) 236-2120/Fax (317) 592-4257
sarah.fowler@icemiller.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Adam Arceneaux | Adam.Arceneaux@icemiller.com |
| Sarah L. Fowler | Sarah.Fowler@icemiller.com |
| Richard L. Weisz | RWeisz@hodgsonruss.com |

/s/ Michael G. Gibson
Michael G. Gibson (#29665-49)