UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NEXTGEAR CAPITAL, INC.,

        Plaintiff,

v.

DNL AUTOMOTIVE, INC.,
STEVEN P. RISI, and
KIMBERLY A. MCGUIRE,

        Defendants.

---

**1:16-cv-1382-JMS-MPB**

The Court accepts the parties' Joint Jurisdictional Statement, [Dkt. 21], as sufficient to establish the Court's diversity jurisdiction at this time. Any party that files a pleading inconsistent with this joint statement will be required to explain the inconsistencies. The Clerk is directed to terminate Dkt. 21, which was filed as a motion.

**JMS, DJ, 08/18/2016**
**Electronic Distribution**

---

## JOINT JURISDICTIONAL STATEMENT

Plaintiff NextGear Capital, Inc. ("Plaintiff") and defendants, DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire (collectively, referred to as "Defendants"), each by counsel, for their Joint Jurisdictional Statement, state as follows:

1.    Plaintiff and Defendants agree that Plaintiff is a Delaware corporation with its principal place of business in Indiana.

2.    Plaintiff and Defendants agree that DNL Automotive, Inc. is a New York Corporation with its principal place of business in New York.

3.    Plaintiff and Defendants agree that Steven P. Risi is a citizen of New York.

4.    Plaintiff and Defendants agree that Kimberly A. McGuire is a citizen of New York.

5.    Plaintiff and Defendants acknowledge that this Court has jurisdiction over this matter, pursuant to 28 U.S.C. §1332(a), based on the amount in controversy exceeding $75,000.00, exclusive of interest and costs.