UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.:  1:16-cv-1382-JMS-MPB |
| ) | |
| DNL AUTOMOTIVE, INC., ) | |
| STEVEN P. RISI, and ) | |
| KIMBERLY A. MCGUIRE, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO VACATE TELEPHONIC PRETRIAL CONFERENCE**

Plaintiff NextGear Capital, Inc. ("Plaintiff") and defendants DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire (collectively, referred to as "Defendants"), each by counsel, move the Court to vacate the telephonic pretrial conference set for August 29, 2016 at 2:00 p.m. on the following grounds:

1. The parties have agreed upon the material terms of settlement and are working towards finalizing a written document memorializing the terms of the settlement.

2. The performance required under the settlement agreement will occur on or before August 31, 2016.

3. The parties anticipate this matter being dismissed with prejudice on or before September 2, 2016.

4. The parties therefore request that the Court vacate the telephonic pretrial conference now scheduled for August 29, 2016 at 2:00 p.m.

I\10845027.1

WHEREFORE, Plaintiff and Defendants respectfully request that the Court vacate the telephonic pretrial conference now scheduled for August 29, 2016 at 2:00 p.m. for the reasons stated above, and further grant all other just and proper relief.

Respectfully submitted,

NEXTGEAR CAPITAL, INC.

s/ Michael G. Gibson
Michael G. Gibson (#29665-49)
NEXTGEAR CAPITAL, INC.
1320 City Center Drive, Suite 100
Carmel, IN  46032
 (317) 571-3736/Fax (317) 571-3737
michael.gibson@nextgearcapital.com
*Attorneys for Plaintiff*

ICE MILLER LLP

s/ Sarah L. Fowler
Sarah L. Fowler (#30621-49)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282
(317) 236-2120/Fax (317) 592-4257
sarah.fowler@icemiller.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Adam Arceneaux | Adam.Arceneaux@icemiller.com |
| Michael G. Gibson | michael.gibson@nextgearcapital.com |
| Christopher M. Trapp | chris.trapp@nextgearcapital.com |
| Richard L. Weisz | RWeisz@hodgsonruss.com |

s/ Sarah L. Fowler
Sarah L. Fowler

I\10845027.1