UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:16-cv-1382-JMS-MPB |
| ) | |
| DNL AUTOMOTIVE, INC., ) | |
| STEVEN P. RISI, and ) | |
| KIMBERLY A. MCGUIRE, ) | |
| ) | |
| Defendants. ) | |

## ORDER VACATING PRETRIAL CONFERENCE

This matter came before the Court on the Agreed Motion to Vacate Pretrial Conference ("Motion"), filed by NextGear Capital, Inc. ("Plaintiff") and defendants, DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire (collectively, referred to as "Defendants"). The Court, having reviewed same and being duly advised in the premises, now finds that the Motion should be granted. It is therefore,

ORDERED that the telephonic pretrial conference scheduled for August 29, 2016 at 2:00 p.m. is hereby vacated.

Date:_____

                                                             Judge, United States District Court for the
                                                             Southern District of Indiana

DISTRIBUTION:

All ECF-registered counsel of record via email generated by the Court's ECF system