UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:16-cv-1382-JMS-MPB |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) |
| Defendants. | ) |

## ORDER VACATING TELEPHONIC PRETRIAL CONFERENCE

This matter came before the Court on the Agreed Motion to Vacate Pretrial Conference ("Motion"), filed by NextGear Capital, Inc. ("Plaintiff") and defendants, DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire (collectively, referred to as "Defendants"). The Court, having reviewed same and being duly advised in the premises, now finds that the Motion should be granted. It is therefore,

ORDERED that the telephonic pretrial conference scheduled for August 29, 2016 at 2:00 p.m. is hereby **VACATED**. A **TELEPHONIC STATUS CONFERENCE** is set for **THURSDAY, SEPTEMBER 29, 2016** at 10:45 a.m., Indianapolis time (EDT), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in the conference will arrive by separate notification.**

**Dated:** August 26, 2016

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

All ECF-registered counsel of record via email generated by the Court's ECF system