UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:16-cv-1382-JMS-MPB |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff NextGear Capital, Inc., and defendants DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire, each by counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a), that the above-entitled action be dismissed with prejudice in its entirety, each party to bear its own costs, attorney's fees, and expenses.

Respectfully submitted,

NEXTGEAR CAPITAL, INC.

s/ Michael G. Gibson
Michael G. Gibson (#29665-49)
1320 City Center Drive, Suite 100
Carmel, IN  46032
(317) 571-3736/Fax (317) 571-3737
michael.gibson@nextgearcapital.com

*Attorneys for Plaintiff*

ICE MILLER LLP

s/ Sarah L. Fowler
Sarah L. Fowler (#30621-49)
One American Square, Suite 2900
Indianapolis, IN  46282
(317) 236-2120/Fax (317) 592-4257
sarah.fowler@icemiller.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Adam Arceneaux | Adam.Arceneaux@icemiller.com |
| Michael G. Gibson | michael.gibson@nextgearcapital.com |
| Christopher M. Trapp | chris.trapp@nextgearcapital.com |
| Richard L. Weisz | RWeisz@hodgsonruss.com |

                                                  s/ Sarah L. Fowler
                                                  Sarah L. Fowler