UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:16-cv-1382-JMS-MPB |
| DNL AUTOMOTIVE, INC., STEVEN P. RISI, and KIMBERLY A. MCGUIRE, | ) |
| Defendants. | ) |

Dismissal with prejudice acknowledged.
JMS, DJ, 8-31-16
Distribution via ECF.

## STIPULATION OF DISMISSAL

Plaintiff NextGear Capital, Inc., and defendants DNL Automotive, Inc., Steven P. Risi, and Kimberly A. McGuire, each by counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a), that the above-entitled action be dismissed with prejudice in its entirety, each party to bear its own costs, attorney's fees, and expenses.

Respectfully submitted,

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ICE MILLER LLP |
| s/ Michael G. Gibson | s/ Sarah L. Fowler |
| Michael G. Gibson (#29665-49) | Sarah L. Fowler (#30621-49) |
| 1320 City Center Drive, Suite 100 | One American Square, Suite 2900 |
| Carmel, IN  46032 | Indianapolis, IN  46282 |
| (317) 571-3736/Fax (317) 571-3737 | (317) 236-2120/Fax (317) 592-4257 |
| michael.gibson@nextgearcapital.com | sarah.fowler@icemiller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |